D. H. R. CONSTRUCTION COMPANY, INC. *v.* CHARLES
G. KARANIAN ET AL.

The motion by the plaintiff to dismiss the appeal
from the Court of Common Pleas in Hartford
County is granted.

*Lester Katz,* for the appellee (plaintiff).

*Elliott B. Pollack,* for the appellants (defendants).

Argued October 7—decided October 7, 1969

DONALD I. RUDDER *v.* TOWN PLANNING COMMISSION
OF THE TOWN OF CANTON

The motion by the plaintiff for this court to set
aside the judgment against him in the appeal from
the Court of Common Pleas in Hartford County is
denied.

*Paul W. Orth,* for the appellant (plaintiff).

*Charles W. Page,* for the appellee (defendant).

Argued October 7—decided October 7, 1969

STATE OF CONNECTICUT *v.* PATRICK P. CESERO

The petition by the defendant for certification for
appeal from the Appellate Division of the Circuit
Court is denied.

*Richard W. Pinto* and *Henry B. Rothblatt,* in support of the petition.

*John P. Evans,* chief prosecuting attorney, in opposition.

Submitted July 3—decided October 9, 1969